## SOUTHERN v. STATE.
### No. 20131.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

T. B. Sisco, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile upon the public highway while appellant was intoxicated. Punishment assessed was a fine of fifty dollars and confinement in the county jail for five days.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## PLANES v. STATE.
### No. 20122.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being confinement in the penitentiary for forty years.

The record is before us without statement of facts or bills of exception. The indictment appears to be in proper form. Nothing is presented for review.

The judgment is affirmed.